Page:

Date: 03/03/10

## DIVIDENDS REMITTED TO THE COURT
Check Number 3023 Dated 03/03/10
Case Number 08-00012 - WRIGHT, DONALD LLOYD, JR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| City Service Valcon<br>PO Box 1<br>Kalispell, MT 59903<br>2135 | 000013 | 297.45 | 2.34 |
| TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>7190 | 000015 | 202.03 | 1.59 |
| US BANK NA/ RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201<br>7039 | 000017 | 226.41 | 1.78 |
| US BANK NA/ RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201<br>9780 | 000019 | 537.69 | 4.23 |
| ALLIED FIRE & SECURITY<br>421 W 2ND<br>SPOKANE, WA 99201<br>1863 | 000023 | 260.93 | 2.05 |
| ---------- Remittance Total ---------------- | | 1,524.51 | 11.99 |

*signature*
JACK R. REEVES, Trustee

Receipt 4874022        3-4-10        $11.99

Printed: 03/03/10 08:01 AM    Ver: 15.06b

COURT1